UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| SHERRY LOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFF VIESSMAN, INC.,<br><br>Defendant. | 1:25-CV-01013-KES<br><br>JUDGMENT |

Pursuant to this court's Order Dismissing Complaint Without Prejudice (Docket 20), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed without prejudice and the parties shall bear their own costs, expenses, and attorney's fees.

DATED March 10, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE